UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

Case No.   2:26-cv-00276-SVW-BFM                    Date: April 20, 2026

Title:      *DeAnn Johnson v. Experian Information Solutions, Inc., et al.*

Present:  The Honorable STEPHEN V. WILSON, U.S. District Judge

| Daniel Tamayo | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE OR FILE COMPLETE *IN FORMA PAUPERIS* REQUEST

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).

On March 6, 2026, the Court postponed ruling on Plaintiff's request to proceed *in forma pauperis* ("Request") because it was incomplete. Dkts. 2, 22. The Court directed Plaintiff to refile a fully completed Request along with a one-page statement, or pay the filing fee, and it warned that if she did not comply within 30 days the case would be dismissed without prejudice. Dkt. 22.

To date, Plaintiff has not responded to the Court's Order. Accordingly, this action is **DISMISSED** without prejudice, and all other pending matters are **TERMINATED**. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962) ("The authority . . . to dismiss sua sponte for lack of prosecution . . . [is] vested in

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-00276-SVW-BFM                    Date: April 20, 2026

Title:      *DeAnn Johnson v. Experian Information Solutions, Inc., et al.*


courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *Roberts v. Soc. Sec. Dep't*, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022) (action may be dismissed without prejudice where plaintiff fails to establish *in forma pauperis* status and does not pay the required filing fee).

IT IS SO ORDERED.